■
**J. C. NICHOLS REALTY CO., Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 9867.

Circuit Court of Appeals, Eighth Circuit.

Nov. 2, 1933.

Sewall Key, Sp. Asst. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioner.

■
**James A. KAMMERDINER, Appellant, v. S. R. BOWEN COMPANY and Jack F. Stephan, Appellees.**

No. 7319.

Circuit Court of Appeals, Ninth Circuit.

Jan. 29, 1934.

Hamer H. Jamieson, of Los Angeles, Cal., and Chas. E. Townsend, of San Francisco, Cal., for appellant.

J. Calvin Brown, of Los Angeles, Cal., for appellee Bowen Co.

Ford W. Harris and Harris, Whann & Foster, all of Los Angeles Cal., for appellee Stephan.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal (3 F. Supp. 986) dismissed, without costs; mandate forthwith.

■
**In the Matter of KEDSON'S SPORT SHOP, Inc., Bankrupt. Irving Trust Company, as Trustee in Bankruptcy of Kedson's Sport Shop, Inc., Appellee, Minnie Kedson, Appellant.**

No. 265.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Shaine & Weinrib, of New York City (Benjamin Seligman and Maurice L. Shaine, both of New York City, of counsel), for appellant.

Gustave J. Rosen, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.